UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

ADAM SWINDRO,

    Plaintiff,

v.     Case No. 8:10-cv-610-T-30AEP

AGR GROUP, LLC and UTILITIES
MARKETING GROUP, LLC,

    Defendants.
_____/

## ORDER OF DISMISSAL

Before the Court is the Joint Stipulation for Dismissal With Prejudice (Dkt. #7). In accordance with same, it is

**ORDERED AND ADJUDGED** as follows:

1. The Joint Stipulation for Dismissal With Prejudice (Dkt. #7) is GRANTED.

2. This cause is dismissed with prejudice. Each party shall bear their own attorney's fees and costs.

3. All pending motions are denied as moot.

4. The Clerk is directed to close this case.

**DONE** and **ORDERED** in Tampa, Florida on May 12, 2010.

                        JAMES S. MOODY, JR.
                        UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record

F:\Docs\2010\10-cv-610.dismiss 7.wpd